UNITED STATES DISTRICT COURT
EASTER DISTRICT OF NEW YORK
----------------------------------------------------------------X
DIVERSIFIED INVESTMENT ADVISORS, INC.,　　　Civil Action File No. CV-09 5377

       Plaintiff,     **DEFENDANT DODY BARUCH'S**
               **ANSWER TO PLAINTIFF'S**
   v.           **COMPLAINT**

DODY BARUCH, AND MARK CHASSEN AS
PERSONAL REPRESENTATIVE FOR THE
ESTATE OF HOWARD CHASSEN,

       Defendants.
----------------------------------------------------------------X

  Defendant DODY BARUCH, by her attorney, ROBERT C. HILTZIK, hereby answers the Complaint of Plaintiff DIVERSIFIED INVESTMENT ADVISORS, INC., hereinafter referred to as the "Plaintiff", on file in this action as follows:

  1. Defendant DODY BARUCH is without information sufficient for her to form a belief as to the truth or falsity of Plaintiff's allegations set forth in Paragraph "1" of her Complaint and, on that basis, denies each and every allegation of Paragraph "2" of the Complaint (hereinafter, denials for lack of information sufficient to form a belief as to the truth or falsity of an allegation will be stated as "denies for lack of information").

  2. Defendant DODY BARUCH denies for lack of information the claims made by the Plaintiff in Paragraphs "4", "6", "7", "10", "11", "12", "13", "19", "20", "21", "23", "24", "25", and "26" of the Complaint.

  3. Answering Paragraph "27" of the Complaint, Defendant DODY BARUCH denies for lack of information the claims made by the Plaintiff therein, except that Defendant DODY BARCUH admits that she has not requested the Plaintiff bring said Interpleader Complaint.

  4. Answering the prayer of the Plaintiff in the Complaint, Defendant DODY BARUCH denies that the Plaintiff is entitled to any of the relief requested in "Prayers for Relief" Paragraphs "D" and "F", or to any relief of any nature against Defendant DODY BARUCH.

## FIRST AFFIRMATIVE DEFENSE

5. Defendant DODY BARUCH avers that the Complaint fails to state a claim upon which the relief requested under "Prayers for Relief" Paragraph "D" can be granted.

WHEREFORE, Defendant DODY BARUCH prays for Judgment in her favor in the amount of the funds deposited with the Clerk of the Court by the Plaintiff, with interest, attorney fees and costs, as well as any further relief as may seem to the Court to be just and proper.

Dated: Hicksville, New York
       March 13, 2010

ROBERT HILTZIK (RCH - 5786)
*Attorney for Defendant DODY BARUCH*
400 South Oyster Bay Road
Suite 304
Hicksville, New York 11801
(516) 308-4674

STATE OF NEW YORK      )
                       )   ss.:
COUNTY OF NASSAU       )

Michele Tatosian, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Westbury, New York.

On March 17, 2010, I served the within DEFENDANT DODY BARUCH'S ANSWER TO PLAINTIFF'S COMPLAINT by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons at the last known address set forth after each name:

BOND, SCHOENECK & KING, PLLC       DANNA & ASSCOIATES, PC
One Lincoln Center                 1145 Forest Avenue
Syracuse, NY 13202                 Staten Island, NY 10310

_____
MICHELE TATOSIAN

Sworn to before me this
17 day of March, 2010

_____
NOTARY PUBLIC

ROBERT HILTZIK
Notary Public, State of New York
No. 02HI5041670
Qualified in Nassau County
Commission Expires April 10, 2011

Civil Action File No. CV-09 5377
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DIVERSIFIED INVESTMENT ADVISORS, INC.,

        Plaintiff,

-against-

DODY BARUCH, AND MARK CHASSEN AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF HOWARD CHASSEN,

        Defendants.

## DEFENDANT DODY BARUCH'S ANSWER TO PLAINTIFF'S COMPLAINT

_____
Robert Hiltzik, Esq.

ROBERT HILTZIK
Attorney for Defendant
DODY BARUCH
400 South Oyster Bay Road
Suite 304
Hicksville, New York 11801
(516) 308-4674
FAX: (516) 937-1456

To

Attorney(s) for

Service of a copy of the within          is hereby admitted.

Dated:

                                    Attorney(s) for